UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re:                                          )
                                                )
Jeffery J. Hunninghake, and                     )
Mary E. Hunninghake,                            )        Case No.: 10-31010
                                                )        Chapter 7
Debtors.                                        )        Date filed: August 18th 2010

      Statement Under Penalty of Perjury Concerning Payment Advices Due Pursuant to 11
          U.S.C. 521(a)(1)(B)(iv)

      I, Mary E. Hunninghake, state as follows:

      I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

      __X__ a)      I was not employed during the period immediately preceding the filing of the above - referenced case because I am a full-time homeaker.

      _____ b)      I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

      _____ c)      I am self-employed and do not receive any evidence of payment from an employer, nor did I receive any income from that self employment during the applicable period;

      _____ d)      Other (Please Explain) _____ .

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 18th day of August, 2010.

                                                /s/ Mary E. Hunninghake
                                                Debtor

CERTIFICATE OF SERVICE

      I certify that I served a true and correct copies of the foregoing declaration by mailing a copy to each the following on this 18th day of August, 2010:

Paul T. Gefreh, Esq.
2125 N. Academy, Blvd.
Colorado Springs, CO 80909
paul.gefreh@earthlink.net


Mary E. Hunninghake
5585 Prima Lane
Colorado Springs, CO 80924

United States Bankruptcy Court              [via e-file only]

                                                /s/Stephen H. Swift