**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case #769 / b9a_7cna.jsp) (12/07)     Case Number **10–31010–EEB**

**UNITED STATES BANKRUPTCY COURT**
District of Colorado

# Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/18/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

## Read All Pages of this Document for Important Information and Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jeffery J. Hunninghake<br>aka Jeffery Joseph Hunninghake, aka Jeffery Hunninghake, dba Paragon Commerical Development, LLC, fdba Oak Tree Connections, Inc.<br>5585 Prima Lane<br>Colorado Springs, CO 80924 | Mary E. Hunninghake<br>aka Mary Elizabeth Hunninghake, aka Mary Hunninghake, dba Paragon Commercial Development, LLC, fdba Sassafras Salon & Market<br>5585 Prima Lane<br>Colorado Springs, CO 80924 |
| Case Number:<br>10–31010–EEB | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx–xx–5162<br>xxx–xx–7288 |
| Attorney for Debtor(s) (name and address):<br>Stephen H. Swift<br>733 E. Costilla St.<br>Ste. A & B<br>Colorado Springs, CO 80903<br>Telephone number:  (719) 520–0164 | Bankruptcy Trustee (name and address):<br>Paul Gefreh<br>2125 N. Academy<br>Colorado Springs, CO 80909<br>Telephone number:  719–596–9010 |

## Meeting of Creditors
Date:  **September 27, 2010**                     Time:  **10:00 AM**
Location:  **Federal Bldg. & Courthouse, 212 North Wahsatch Ave., Courtroom 101, Colorado Springs, CO 80903**

## Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 11/26/10**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

## Deadline to Provide Documents and Notice of Possible Dismissal:
*For cases filed on or after October 17, 2005*

Pursuant to 11 U.S.C. §§521(e)(2), Federal Bankruptcy Rule 4002 and L.B.R. 1017–2, no later than ***seven*** court days prior to the original date set for the first meeting of creditors, the debtor shall provide to the case trustee a copy of the Federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least ***fourteen*** days prior to the meeting of creditors. The failure to comply will result in dismissal of the debtor's case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor. L.B.R. 1017–2.

Pursuant to Federal Bankruptcy Rule 4002, the debtor shall bring the meeting of creditors: 1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity and evidence of a social security number

or a written statement that such documentation does not exist; 2) documents or copies or a written statement that such documentation does not exist of a) current income such as the most recent payment advice, pay stub, or earnings statement; b) statements for each of the debtor's depository (bank, credit union) and investment accounts for the time period that includes the date of the filing of the petition; and 3) documentation of monthly expenses claimed by a debtor as required under 11 U.S.C. §§707(b)(2)(A) or (B).

| **Address of the Bankruptcy Clerk's Office:**<br>US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508<br>Telephone number:   720–904–7300 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>s/ Bradford L. Bolton |
|---|---|
| Hours Open:  Monday – Friday 8:00 AM – 5:00 PM | Date:   8/19/10 |

## EXPLANATIONS
FORM B9A_7cna (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U. S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Trustee's Sale of Assets | At the meeting of creditors, the trustee may announce an intention to sell nonexempt tangible property of the estate if the aggregate gross value of all nonexempt property is less than $2,500. Any objections to said announcement must be filed in writing with the clerk and served upon the trustee within 15 days of the meeting. |

−− Refer to Other Side for Important Deadlines and Notices −−

# CERTIFICATE OF NOTICE

```
District/off: 1082-1            User: nguyent                 Page 1 of 2             Date Rcvd: Aug 19, 2010
Case: 10-31010                  Form ID: 769                  Total Noticed: 70


The following entities were noticed by first class mail on Aug 21, 2010.
db/db       +Jeffery J. Hunninghake,    Mary E. Hunninghake,    5585 Prima Lane,
              Colorado Springs, CO 80924-8137
aty          Stephen H. Swift,    733 E. Costilla St.,    Ste. A & B,    Colorado Springs, CO  80903
ust         +US Trustee,    999 18th St.,    Ste. 1551,    Denver, CO 80202-2415
12381606    +Academy Collection Service, Inc.,    10965 Decatur Rd,    Philadelphia, PA 19154-3294
12381612     Capital One,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
12381613     Century 21,    4665 Collections Center Drive,    Chicago, IL  60693-0001
12381614    +Century 21 SW MO Broker Council,    1807 Edwood, Ste A,    Springfield, MO 65804-3831
12381617     Chase Manhattan Mtge,    PO Box 24696,    Columbus, OH  43224-0696
12381620     Citizens Bank Of Newburg,    907 Old Route 66,    Saint Robert, MO  65584
12381621     Commerce Bk,    PO Box 248,    Kansas City, MO  64141-6248
12381622     Commercial Reader's Service,    PO Box 959,    Normal, IL  61761-0959
12381623     Conseco,    1400 Turbine Dr,    Rapid City, SD  57703-4719
12381624     Cred Bur How,    Houston Utilities,    604 W Broadway St,    West Plains, MO  65775-2641
12381625     Cred Bur How,    Shannon Heating And Cooling Inc,    604 W Broadway St,
              West Plains, MO  65775-2641
12381626    +Credit Bureau Association,    604 W Broadway St,    West Plains, MO 65775-2699
12381628     Davidson Properties,    4905 N Union Blvd Ste 300,    Colorado Springs, CO  80918-4059
12381629     Del & Nancy Hicks,    6936 Hwy 22,    Bucyrus, MO  65444
12381631     El Paso Combined Court,    PO Box 2980,    Colorado Springs, CO  80901-2980
12381632    +El Paso County  District Court Clerk,    270 S Tejon St,    Colorado Springs, CO 80903-2224
12381633     El Paso County Court,    PO Box 2980,    Colorado Springs, CO  80901-2980
12381634     Elliott Robinson & Company, LLP,    Oaktree Connections,    1736 E Sunshine St Ste 913,
              Springfield, MO  65804-1337
12381635     Farrell & Seldin,    7807 E Peakview Ave Ste 410,    Englewood, CO  80111-6849
12381637     First National Collection Bureau,    610 Waltham Way,    McCarran, NV  89434-6695
12381638     Franklin Capital,    47 W 200 S Ste 500,    Salt Lake City, UT  84101-1621
12381642     Hfc,    PO Box 3425,    Buffalo, NY  14240-3425
12381643     Houston Herald,    PO Box 170,    Houston, MO  65483-0170
12381644     Houston Newspapers Inc.,    113 N Grand Ave,    Houston, MO  65483-1223
12381650     KUNQ FM,    PO Box 230,    Houston, MO  65483-0230
12381649    +Kramer & Frank PC,    9300 Dielman Ind Dr Ste 100,    Saint Louis, MO 63132-3080
12381651     Landmark Bank Na,    801 E Broadway,    Columbia, MO  65201-4855
12381652     Machol & Johannes, LLC,    600 Seventeenth St Ste 800 North,    Denver, CO  80202-5402
12381653     Memorial Health System,    PO Box 460,    Colorado Springs, CO  80901-0460
12381654     Nationwide Recovery Sy,    3000 Kellway Dr,    Carrollton, TX  75006-3305
12381657     PJ's Publishing,    601 S Main St,    Salem, MO  65560-1633
12381656     Palmer Law Office, LLC,    2301 Burlington St Ste 270,    Kansas City, MO  64116-3092
12381658     Rnb-mervyn,    3701 Wayzata Blvd MSC 2CF,    Minneapolis, MN  55416-3401
12381661     Stop-Loss, Inc.,    PO Box 4710,    Monroe, LA  71211-4710
12381662     Systems Engineering,    PO Box 8709,    Greensboro, NC  27419-0709
12381663     U.S. Attorney,    C/O IRS District Counsel,    1244 Speer Blvd Ste 500,    Denver, CO  80204-3583
12381665     US Department of Justice,    950 Pennsylvania Ave, NW,    Washington, DC  20530-0001
12381664     Umb Bank Na,    PO Box 419734,    Kansas City, MO  64141-6734
12381666    +Vital Recovery Services, Inc.,    PO Box 923747,    Norcross, GA 30010-3747

The following entities were noticed by electronic transmission on Aug 19, 2010.
tr          +EDI: BPGEFREH.COM Aug 19 2010 19:13:00      Paul Gefreh,    2125 N. Academy,
              Colorado Springs, CO 80909-1507
12381607     EDI: BANKAMER2.COM Aug 19 2010 19:13:00      Bank Of America,    PO Box 17054,
              Wilmington, DE  19850-7054
12381608     EDI: BANKAMER.COM Aug 19 2010 19:13:00      Bank Of America,    PO Box 15026,
              Wilmington, DE  19850-5026
12381609     EDI: BANKAMER2.COM Aug 19 2010 19:13:00      Bk Of Amer,    PO Box 17054,
              Wilmington, DE  19850-7054
12381610     EDI: CAPITALONE.COM Aug 19 2010 19:13:00      Cap One,    PO Box 85520,    Richmond, VA  23285-5520
12381611     E-mail/Text: jraichel@cms-collect.com                            Capital Management Services LP,
              Southwestern Bell Mobile,    726 Exchange St Ste 700,    Buffalo, NY  14210-1464
12381615     E-mail/Text: RAINACH@MSN.COM                            Centurytel,    PO Box 4300,
              Carol Stream, IL  60197-4300
12381616     EDI: CHASE.COM Aug 19 2010 19:13:00      Chase,    201 N Walnut St # ST//DE1-1027,
              Wilmington, DE  19801-2920
12381618     EDI: CITICORP.COM Aug 19 2010 19:13:00      Citi,    PO Box 6241,    Sioux Falls, SD  57117-6241
12381619     EDI: CITICORP.COM Aug 19 2010 19:13:00      Citi/shell,    PO Box 6497,
              Sioux Falls, SD  57117-6497
12381627     E-mail/Text: cscbk@creditservicecompany.com                            Credit Service Co,
              PO Box 1120,    Colorado Springs, CO  80901-1120
12381630     EDI: DISCOVER.COM Aug 19 2010 19:13:00      Discover Fin Svcs Llc,    PO Box 15316,
              Wilmington, DE  19850-5316
12381636     EDI: BANKAMER2.COM Aug 19 2010 19:13:00      FIA Card Services,    P.O. Box 15726,
              Wilmington, DE  19886-5726
12381639     EDI: RMSC.COM Aug 19 2010 19:13:00      Gemb/jcp,    PO Box 981402,    El Paso, TX  79998-1402
12381640     EDI: RMSC.COM Aug 19 2010 19:13:00      Gemb/mervyns,    PO Box 981400,    El Paso, TX  79998-1400
12381641     EDI: RMSC.COM Aug 19 2010 19:13:00      Gemb/sams Club,    PO Box 981400,    El Paso, TX  79998-1400
12381645     EDI: HFC.COM Aug 19 2010 19:13:00      Hsbc Bank,    PO Box 5253,    Carol Stream, IL  60197-5253
12381646    +EDI: HFC.COM Aug 19 2010 19:13:00      Hsbc/bstby,    PO Box 15521,    Wilmington, DE 19850-5521
12381647     EDI: IRS.COM Aug 19 2010 19:13:00      Internal Revenue Service,    PO Box 21126,
              Philadelphia, PA  19114-0326
12381648     EDI: IRS.COM Aug 19 2010 19:13:00      IRS District Director,    Special Procedures,
              1999 Broadway, M/S 5012den,    Denver, CO  80202-3025
12381655     E-mail/Text: ebn@vativrecovery.com                            Palisades Collection LLC,
              210 Sylvan Ave,    Englewood Cliffs, NJ  07632-2524
12381659    +EDI: RMSC.COM Aug 19 2010 19:13:00      Sam's Club,    PO Box 530981,    Atlanta, GA 30353-0981
```

```
District/off: 1082-1          User: nguyent            Page 2 of 2              Date Rcvd: Aug 19, 2010
Case: 10-31010                Form ID: 769            Total Noticed: 70

The following entities were noticed by electronic transmission (continued)
12381660      EDI: SEARS.COM Aug 19 2010 19:13:00     Sears/cbsd,     PO Box 6189,    Sioux Falls, SD  57117-6189
12381667      EDI: WFFC.COM Aug 19 2010 19:13:00      Wells Fargo,    PO Box 29704,   Phoenix, AZ  85038-9704
12381668      EDI: WFFC.COM Aug 19 2010 19:13:00      Wells Fargo Hm Mortgag,    PO Box 10335,
               Des Moines, IA  50306-0335
12381669     +EDI: WFFC.COM Aug 19 2010 19:13:00      Wffinancial,    800 Walnut St,    Des Moines, IA 50309-3504
12381670      EDI: WFNNB.COM Aug 19 2010 19:13:00     Wfnnb/express,    4590 E Broad St,
               Columbus, OH  43213-1301
12381671      EDI: WFNNB.COM Aug 19 2010 19:13:00     Wfnnb/victorias Secret,    220 W Schrock Rd,
               Westerville, OH  43081-2873
                                                                                              TOTAL: 28

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 21, 2010**                     **Signature:**     *Joseph Speetjens*